IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

FREDERICK PENNINGTON
ADC #71305                                                                                          PETITIONER

v.                                          No. 5:03CV00226 GH

LEROY BROWNLEE, ET AL.                                                          RESPONDENTS

## ORDER

By order filed on November 6, 2003, the Clerk's office was directed not to file any more petitions, motions, or other documents submitted by petitioner pursuant to 28 U.S.C. §§2241 or 2254 unless the undersigned had authorized the filing. On December 27th, the Clerk's office received pleadings purportedly pursuant to 42 U.S.C. §1983, which seeks damages from the three-judge Eighth Circuit panel which recently denied him permission to file a successive habeas corpus petition as well as state court personnel that have also denied him relief from his conviction plus he seeks release. After reviewing the submission, it is clear that – despite the designation of the pleading as being a §1983 action – that petitioner is again seeking habeas relief.

Accordingly, the Clerk is directed to return the documents received on December 27th to petitioner unfiled.

IT IS SO ORDERED this 29th day of December, 2005.

*George Howard, Jr*
UNITED STATES DISTRICT JUDGE